UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ENERGY TRADING, LLC,<br>　　　　Plaintiff,<br>　　v.<br>PACIFIC GAS & ELECTRIC CO., et al.,<br>　　　　Defendants. | Case No. 15-cv-02383-TEH<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from the above-entitled action and request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:  06/25/15

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　United States District Judge