UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ENERGY TRADING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PACIFIC GAS & ELECTRIC CO., et al.,<br><br>    Defendants. | Case No. 15-cv-02383-RS<br><br>**REFERRAL FOR SETTLEMENT** |

The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 120 days.

**IT IS SO ORDERED**.

Dated: November 12, 2015

RICHARD SEEBORG
United States District Judge