United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ENERGY TRADING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC CO., et al.,<br><br>Defendants. | Case No.  15-cv-02383-RS   (EDL)<br><br>**ORDER GRANTING DEFENDANT ALBERT TORRES' REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE** |

Defendant Albert Torres' unopposed request to be excused from personal appearance at the February 11, 2016 settlement conference is granted.  Defendant Torres shall be available that day via telephone to participate as needed and to review and approve any settlement agreement as to the claims asserted against him.

**IT IS SO ORDERED.**

Dated: February 4, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge