HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
633 Seventeenth Street, Suite 2300
Denver, Colorado 80202
Telephone (303) 974-6660
Fax: (303) 974-6659
Email:  thomas.leland@hklaw.com
         leah.capritta@hklaw.com


Charles L. Coleman III (65496)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
E-mail: charles.coleman@hklaw.com

Attorneys for Plaintiff
UNITED ENERGY TRADING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ENERGY TRADING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>Defendants. | CASE NO. 3:15-CV-2383-RS<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO PRODUCE EXPERT AND EXPERT REBUTTAL DISCLOSURES PURSUANT TO CIVIL LOCAL RULES 6-1(b), 6-2, 7-12**<br><br>Action Filed:       May 28, 2015<br>Current Deadlines: Jan. 9, 2017 and<br>                              Apr. 18, 2017<br>New Deadlines:    Apr. 10, 2017 and<br>                              June 19, 2017<br><br>[Stipulation and Declaration of Leah E. Capritta in support thereof filed concurrently herewith] |

**[PROPOSED] ORDER REGARDING STIPULATED REQUEST TO EXTEND TIME**

The Stipulated Request to Extend Time to Produce Expert and Expert Rebuttal Disclosures, Pursuant to Civil Local Rules 6-1(b), 6-2, 7-12 ("Stipulated Request"), agreed to by Plaintiff United Energy Trading, LLC ("UET") and Defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, Bill Chen and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "Defendants"), was submitted for Court approval on December 20, 2016. Having considered the Stipulated Request, and all other pleadings and papers on file in this Action, the Court rules as follows:

WHEREAS plaintiff, United Energy Trading, LLC ("UET"), filed this action on May 28, 2015;

WHEREAS, on May 13, 2016, UET filed its Second Amended Complaint;

WHEREAS, on August 25, 2016, Defendants Pacific Gas & Electric Company ("PG&E"), Albert Torres, William Chen and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "Defendants") filed an Answer to UET's Second Amended Complaint;

WHEREAS, the parties previously stipulated and requested that the Court extend the deadlines for expert discovery such that the parties would have until January 9, 2017 to file Expert Disclosures and until April 18, 2017 to file Rebuttal Expert Disclosures (Dkt. 115);

WHEREAS, the Court granted that request (Dkt. 116);

WHEREAS, discovery is continuing and the parties are continuing to produce documents in response to written Requests;

WHEREAS, multiple discovery disputes regarding the timing and scope of production of additional documents by PG&E are pending before Magistrate Judge Kim;

WHEREAS, the enlargement sought by this Stipulated Request will conserve resources for all parties because it will ensure that the parties' experts have adequate time to limit their review to the information relevant to and prepare opinions on the live claims;

WHEREAS, all parties have agreed that they shall have until April 10, 2017 to file Expert Disclosures and until June 19, 2017 to file Rebuttal Expert Disclosures;

WHEREAS, good cause for this extension exists given the progress of the case to date;

WHEREAS, all parties have agreed that the current expert disclosure schedule required by the Scheduling Order should be enlarged as follows:

| Pleading | Standard Schedule | Stipulated Enlargement |
|---|---|---|
| Expert Disclosure Deadline | January 9, 2017 | April 10, 2017 |
| Rebuttal Expert Disclosure Deadline | April 18, 2017 | June 19, 2017 |

WHEREAS, the stipulated enlargements are sought in advance of the expiration of any related disclosure deadline;

WHEREAS, the stipulated disclosure enlargements do not affect any other existing dates set forth in the Scheduling Order;

WHEREAS, none of the extensions sought by the Stipulated Request prejudice the parties or the Court;

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The date for the Parties to disclose Experts is extended from January 9, 2017 through and including April 10, 2017;

2. The date for the Parties to disclose Rebuttal Experts is extended from April 18, 2017 through and including June 19, 2017.

SO ORDERED this __21st__ day of December, 2016.

By: _____
The Honorable Richard G. Seeborg
United States District Court Judge

Case No. 3:15-CV-2383-RS               -2-               STIPULATED REQUEST TO EXTEND TIME