| | |
|---|---|
| Laurie Edelstein (Bar No. 164466)<br>Seth R. Sias (Bar No. 260674)<br>STEPTOE & JOHNSON LLP<br>1891 Page Mill Road, Suite 200<br>Palo Alto, California 94304<br>Telephone: (650) 687-9500<br>Facsimile: (650) 687-9499<br>ledelstein@steptoe.com<br>ssias@steptoe.com<br><br>Arnold Barba (SB# 198131)<br>Nicholas Begakis (SB# 253588)<br>LIMNEXUS LLP<br>1055 West 7th Street, Suite 2800<br>Los Angeles, CA 90017<br>Tel: (213) 955-9500<br>Fax: (213) 955-9511<br>arnold.barba@limnexus.com<br>nick.begakis@limnexus.com<br><br>*Attorneys for Defendants*<br>*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson* | HOLLAND & KNIGHT LLP<br>Thomas D. Leland (Pro Hac)<br>Leah E. Capritta (Pro Hac)<br>1801 California Street, Suite 5000<br>Denver, Colorado 80202<br>Telephone (303) 974-6660<br>Fax: (303) 974-6659<br>Email: thomas.leland@hklaw.com<br>leah.capritta@hklaw.com<br><br>Charles L. Coleman III (65496)<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415) 743-6900<br>Fax: (415) 743-6910<br>E-mail: charles.coleman@hklaw.com<br><br>*Attorneys for Plaintiff*<br>*UNITED ENERGY TRADING, LLC* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ENERGY TRADING, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>    Defendants. | No. 15 Civ. 2383 (RS) (SK)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: May 28, 2015 |

# [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO RESET CASE MANAGEMENT CONFERENCE

WHEREAS, plaintiff United Energy Trading, LLC ("UET") filed this action on May 28, 2015;

WHEREAS, on May 13, 2016, UET filed its Second Amended Complaint;

WHEREAS, on August 25, 2016, defendants Pacific Gas & Electric Company ("PG&E"), Albert Torres, William Chen, and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "defendants") filed an Answer to UET's Second Amended Complaint;

WHEREAS, on August 11, 2016, the Court scheduled a Further Case Management Conference to be held on April 20, 2017 at 10:00 a.m. and required the parties to file a Joint Case Management Statement at least one week prior to the Conference (Dkt. 113);

WHEREAS, defendants changed lead counsel in late February 2017;

WHEREAS, defendants' new lead counsel has a pre-existing schedule conflict on April 20, 2017;

WHEREAS, resetting the April 20, 2017 Further Case Management Conference and deadline to file a Joint Case Management Statement will not affect any other deadlines in the case;

WHEREAS, good cause exists for resetting the Further Case Management Conference given the schedule conflict of lead counsel for defendants;

WHEREAS, all parties have agreed that the April 20, 2017 Further Case Management Conference should be reset to May 11, 2017 at 10:00 a.m. and that they will file a Joint Case Management Statement at least one week prior to the Conference;

WHEREAS, resetting the Further Case Management Conference and the filing of Case Management Statement will not prejudice the parties or the Court;

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The date for the Further Case Management Conference shall be rescheduled from April 20, 2017 to May 11, 2017 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

2. The parties shall file a Joint Case Management Statement at least one week prior to the rescheduled Further Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: April 11, 2017

_____
The Honorable Richard G. Seeborg
United States District Court Judge

---

[PROPOSED] ORDER GRANTING STIPULATED REQUEST
TO RESCHEDLE CASE MANAGEMENT CONFERENCE

No. 15 Civ. 2383 RS SK

2