| | |
|---|---|
| Laurie Edelstein (Bar No. 164466) | HOLLAND & KNIGHT LLP |
| Seth R. Sias (Bar No. 260674) | Thomas D. Leland (Pro Hac) |
| STEPTOE & JOHNSON LLP | Leah E. Capritta (Pro Hac) |
| 1891 Page Mill Road, Suite 200 | 1801 California Street, Suite 5000 |
| Palo Alto, California 94304 | Denver, Colorado 80202 |
| Telephone: (650) 687-9500 | Telephone (303) 974-6660 |
| Facsimile: (650) 687-9499 | Fax: (303) 974-6659 |
| ledelstein@steptoe.com | Email: thomas.leland@hklaw.com |
| ssias@steptoe.com | leah.capritta@hklaw.com |
| | |
| Arnold Barba (SB# 198131) | Charles L. Coleman III (65496) |
| Nicholas Begakis (SB# 253588) | 50 California Street, Suite 2800 |
| LIMNEXUS LLP | San Francisco, CA 94111 |
| 1055 West 7th Street, Suite 2800 | Telephone: (415) 743-6900 |
| Los Angeles, CA 90017 | Fax: (415) 743-6910 |
| Tel: (213) 955-9500 | E-mail: charles.coleman@hklaw.com |
| Fax: (213) 955-9511 | |
| arnold.barba@limnexus.com | *Attorneys for Plaintiff* |
| nick.begakis@limnexus.com | *UNITED ENERGY TRADING, LLC* |

*Attorneys for Defendants*
*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED ENERGY TRADING, LLC, | No. 15 Civ. 2383 (RS) (SK) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINE** |
| v. | |
| PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, | Action Filed: May 28, 2015 |
| Defendants. | |

# [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINE

WHEREAS, plaintiff United Energy Trading, LLC ("UET") filed this action on May 28, 2015;

WHEREAS, on May 13, 2016, UET filed its Second Amended Complaint;

WHEREAS, on August 25, 2016, defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, William Chen, and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "defendants") filed an Answer to UET's Second Amended Complaint;

WHEREAS, the parties agreed to and the Court approved a discovery plan, which the Court has previously modified upon the parties' stipulated requests, most recently on April 7, 2017 (Dkt. 153);

WHEREAS, the deadline for the parties to disclose rebuttal expert witnesses in accordance with Federal Rule of Civil Procedure 26(a)(2) is July 21, 2017;

WHEREAS, the parties have scheduled a mediation for June 26 and 27, 2017 in an attempt to settle this dispute;

WHEREAS, the parties desire to focus their efforts in the next few weeks on the mediation and, if successful, finalizing settlement;

WHEREAS, the scheduling of the mediation for June 26 and 27, 2017 has resulted in the need to reschedule to the week of July 17, 2017 certain depositions the parties wish to take prior to the submission of their rebuttal expert witness disclosures;

WHEREAS, additional depositions will be scheduled in late July and early August;

WHEREAS, the rescheduling of depositions does not leave the parties sufficient to time to incorporate the deposition testimony into their expert rebuttal disclosures under the current schedule;

WHEREAS, all parties have agreed that they should have until August 18, 2017 to disclose rebuttal expert witnesses or supplemental expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2);

WHEREAS, good cause exists for extending the rebuttal expert witness disclosure deadline given the scheduled mediation;

WHEREAS, the stipulated extension of the deadline to disclose rebuttal expert witnesses will not affect any other deadlines in the case;

WHEREAS, extending the deadline to disclose rebuttal expert witnesses will not prejudice the parties or the Court;

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The date for the disclosure of rebuttal expert witnesses in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from July 19, 2017 through and including August 18, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: June 26, 2017

_____
The Honorable Richard G. Seeborg
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST
TO EXTEND REBUTTAL EXPERT WITNESS DISCLOSURE DEADLINE     No. 15 Civ. 2383 RS SK

2