HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

Charles L. Coleman III (65496)
50 California Street, Suite 2800
San Francisco, California 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
E-mail: charles.coleman@hklaw.com

Garrett S. Garfield (Pro Hac)
111 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97204
Telephone: (503) 243-2300
Fax: (503) 241-8014
E-mail: garrett.garfield@hklaw.com

*Attorneys for Plaintiff*
*UNITED ENERGY TRADING, LLC*

STEPTOE & JOHNSON LLP
Laurie Edelstein (164466)
Seth R. Sias (260674)
One Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
ledelstein@steptoe.com
ssias@steptoe.com

Michael Dockterman (*Admitted Pro Hac Vice*)
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
mdockterman@steptoe.com

LIMNEXUS LLP
Arnold Barba (198131)
Nicholas Begakis (253588)
1055 West 7th Street, Suite 2800
Los Angeles, California 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
arnold.barba@limnexus.com
nick.begakis@limnexus.com

*Attorneys for Defendants*
*Pacific Gas and Electric Company, Albert Torres, Bill Chen, and Tanisha Robinson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED ENERGY TRADING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual,<br><br>Defendants. | No. 15 Civ. 2383 (RS) (SK)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO SUPPLEMENT EXPERT REPORT**<br><br>Action Filed: May 28, 2015 |

WHEREAS, plaintiff United Energy Trading, LLC ("UET") filed this action on May 28, 2015;

WHEREAS, on May 13, 2016, UET filed its Second Amended Complaint;

WHEREAS, on August 25, 2016, defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, William Chen, and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "defendants") filed an Answer to UET's Second Amended Complaint;

WHEREAS, the parties agreed to and the Court approved a discovery plan, which the Court has previously modified upon the parties' stipulated requests, most recently on June 26, 2017 (Dkt. 161);

WHEREAS, the deadline for the parties to supplement expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is August 18, 2017;

WHEREAS, PG&E produced additional data on July 28, 2017, necessary for UET's expert witness Gregory S. Thaler to complete his damages analysis through to June 30, 2017, and Mr. Thaler needs additional time to analyze the data and supplement his report;

WHEREAS, all parties have agreed that UET should have until September 8, 2017 for Mr. Thaler to supplement his expert report based on the additional data produced on July 28, 2017, in accordance with Federal Rule of Civil Procedure 26(a)(2);

WHEREAS, good cause exists for extending the time for Mr. Thaler to supplement his expert report based on PG&E's recent data production;

WHEREAS, the stipulated extension of the deadline to supplement UET's expert report will not affect any other deadlines in the case;

WHEREAS, extending the deadline for Mr. Thaler to supplement his expert report based on the data produced on July 28, 2017 will not prejudice the parties or the Court;

//

//

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The date for Mr. Thaler to supplement his expert report based on the data produced on July 28, 2017 in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from August 18, 2017, through and including September 8, 2017.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 24, 2017

By: _____
The Honorable Richard G. Seeborg
United States District Court Judge