Laurie Edelstein (Bar No. 164466)
Seth R. Sias (Bar No. 260674)
STEPTOE & JOHNSON LLP
One Market Street
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699
ledelstein@steptoe.com
ssias@steptoe.com

Michael Dockterman (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
mdockterman@steptoe.com

Arnold Barba (Bar No. 198131)
Nicholas Begakis (Bar No. 253588)
LIMNEXUS LLP
1055 West 7th Street, Suite 2800
Los Angeles, CA 90017
Tel: (213) 955-9500
Fax: (213) 955-9511
arnold.barba@limnexus.com
nick.begakis@limnexus.com

*Attorneys for Defendants Pacific Gas and Electric Company, Albert Torres, William Chen, and Tanisha Robinson*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED ENERGY TRADING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, a California corporation,; ALBERT TORRES, an individual; BILL CHEN, an individual; TANISHA ROBINSON, an individual, <br><br> Defendants. | No. 15 Civ. 02383 (RS) (SK) <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Richard Seeborg <br> Magistrate: Hon. Sallie Kim |

**STEPTOE & JOHNSON LLP**
One Market Street, Steuart Tower, Suite 1800
San Francisco, CA 94105

| | |
|---|---|
| 1 | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| 2 | |

3  WHEREAS, plaintiff United Energy Trading, LLC ("UET") filed this action on May 28, 2015;

5  WHEREAS, on May 13, 2016, UET filed its Second Amended Complaint;

6  WHEREAS, on August 25, 2016, defendants Pacific Gas and Electric Company ("PG&E"), Albert Torres, William Chen, and Tanisha Robinson (collectively, the "Individual Defendants," and together with PG&E, the "defendants") filed an Answer to UET's Second Amended Complaint;

10  WHEREAS, the parties agreed to and the Court approved a case schedule, which the Court has previously modified upon the parties' stipulated requests, most recently on September 22, 2017 (Dkt. #174);

13  WHEREAS, the Court's approved schedule set December 8, 2017 as the last day to hear dispositive motions (Dkt. #174);

15  WHEREAS, UET and defendants filed motions for partial summary judgment on November 3, 2017, which are set for hearing on December 8, 2017 (Dkt. ##190, 194);

17  WHEREAS, pursuant to Civil Local Rules 7-3(a) and 7-3(c), oppositions to the parties' motions for partial summary judgment are due on November 17, 2017 and replies in support of the parties' motions for partial summary judgment are due on November 24, 2017;

20  WHEREAS, the deadline to file replies in support of the parties' motions for partial summary judgment is the day after the November 23, 2017 Thanksgiving holiday;

22  WHEREAS, to ease the burden on and avoid affecting the Thanksgiving plans of the parties, their attorneys, and their staff, the parties would like to extend the deadline to submit replies in support of motions for partial summary judgment by two business days to November 28, 2017;

26  WHEREAS, good cause exists for extending the time to file replies in support of motions for partial summary judgment by two business days;

28

WHEREAS, extending the deadline to file replies in support of motions for partial summary judgment by two business days will not require any other deadline in the case to change;

Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The deadline to file replies in support of motions for partial summary judgment shall be extended from November 24, 2017 through and including November 28, 2017.

SO ORDERED this 17 day of November, 2017

By: _____
The Honorable Richard G. Seeborg
United States District Judge